UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CALVIN DeRONN GARDNER,            ) | |
| ) | |
| Petitioner,            ) | |
| ) | CIVIL ACTION NO. |
| VS.            ) | |
| ) | 3:05-CV-2207-G |
| DOUGLAS DRETKE, Director, Texas   ) | |
| Department of Criminal Justice,       ) | **ECF** |
| Correctional Institutions Division,   ) | |
| ) | |
| Respondent.            ) | |

## OPINION AND ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are **ADOPTED**.

January 12, 2006.

_____
A. JOE FISH
CHIEF JUDGE